Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
Jocelyn M. Chan (SBN 267937)
  jchan@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
UNITED PARCEL SERVICE, INC. (erroneously named as "UPS")
and LOREN O'DONLEY (erroneously named as "Loren O'Donelly")


Charles A. Bonner (SBN 85413)
  charles@bonnerlaw.com
A. Cabral Bonner (SBN 247528)
  cabral@bonnerlaw.com
LAW OFFICES OF BONNER & BONNER
475 Gate Five Rd., Suite 212
Sausalito, CA 94965
Tel: (415) 331-3070
Fax: (415) 331-2738

Attorneys for Plaintiff ANTHONY MARCUS


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY MARCUS,<br><br>            Plaintiff,<br><br>v.<br><br>UPS, LOREN O'DONELLY and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.: 5:14-CV-01625 EJD<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>Am. Complaint filed: March 5, 2014 |

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties to this
2  action, through their designated counsel, that the entire action shall be dismissed with
3  prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
4  Procedure.  Each party is to bear its own attorneys' fees and costs.

6  The undersigned Plaintiff's counsel has stated his concurrence to the filing of
7  this Stipulation.

9  Dated: October 29, 2014                          MILLER LAW GROUP
10                                                             A Professional Corporation

12                                                             By: /S/ Lisa C. Hamasaki
                                                                    Lisa C. Hamasaki
13                                                                  Jocelyn M. Chan
                                                                    Attorneys for Defendants
14                                                                  UNITED PARCEL SERVICE, INC. and
                                                                    LOREN O'DONLEY
15

16 Dated: October 29, 2014
17                                                             LAW OFFICES OF BONNER & BONNER
18
19                                                             By: /S/ Charles A. Bonner
                                                                    Charles A. Bonner
20                                                                  A. Cabral Bonner
                                                                    Attorneys for Plaintiff
21                                                                  ANTHONY MARCUS

**ORDER**

IT IS SO ORDERED.
The Clerk shall close this file.

Dated:  10/31/2014

_____
Honorable Edward J. Davila
United States District Judge

4847-9051-3696, v. 1

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**
**USDC Case No.: 5:14-CV-01625 EJD**